**OUTTEN & GOLDEN** LLP

*Advocates for Workplace Fairness*

November 18, 2013

**By ECF & Email**
The Honorable Richard J. Sullivan
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *Ballinger v. Advanced Magazine Publishers, Inc.*, No. 13 Civ. 4036 (RJS)

Dear Judge Sullivan,

  We represent the Plaintiffs in the above-referenced matter. We write jointly with Defendant, pursuant to the Court's Order, dated November 14, 2013, to set forth a proposed briefing schedule for Plaintiffs' Motion for Conditional Certification and Court-authorized Notice under § 216(b) of the FLSA. The parties have conferred and reached agreement on the following briefing schedule:

  Plaintiffs will file their motion on November 26, 2013.
  Defendant will respond on or by January 17, 2014.
  Plaintiffs will reply on or by January 31, 2014.

           Respectfully submitted,

           */s/ Rachel Bien*

           Rachel Bien


cc: Elise Bloom, Esq. (by email)
   Amy Melican, Esq. (by email)
   Michael N. Litrownik, Esq.

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
og@outtengolden.com  www.outtengolden.com