```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/2/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN BALLINGER and MATTHEW LEIB,
on behalf of themselves and all others similarly
situated,

                    Plaintiffs,

          v.

ADVANCE MAGAZINE PUBLISHERS, INC.
d/b/a CONDE NAST PUBLICATIONS,

                    Defendant.

No. 13 Civ. 4036 (RJS)
ECF Case

**CONSENT ORDER**

          WHEREAS, Plaintiffs Lauren Ballinger and Matthew Leib commenced this action

against Defendant Advance Magazine Publishers, Inc. d/b/a/ Condé Nast Publications

("Defendant");

          WHEREAS, on March 19, 2014, proceedings were conducted before the Court in the

above-captioned matter;

          On consent of both parties in the above-captioned matter, through their respective

counsel, the record of the proceedings from March 19, 2014 will remain under seal and non-

public until further Court order except that counsel for the parties may obtain a transcript of the

proceedings, which the parties agree to keep confidential and non-public until further order of

the Court.

          Dated: April 1, 2014
                 New York, New York

42404956v1

OUTTEN & GOLDEN LLP

By: _____
Rachel Bien
Juno Turner
Michael Litrownik
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000
*Attorneys for Plaintiffs*

PROSKAUER ROSE LLP

By: _____
Elise M. Bloom
Amy F. Melican
Noa M. Baddish
Eleven Times Square
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

SO ORDERED this ⊥ day of April, 2014

_____
Hon. Henry Pitman
United States Magistrate Judge

2

42404956v1