

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 4, 2014

**By ECF**

Hon. Henry B. Pitman, United States Magistrate Judge
United States District Court, Southern New York
United States Courthouse
500 Pearl Street, Room 750
New York, NY 10007-1312

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Re: *Lauren Ballinger v. Advance Magazine Publishers Inc.*, No. 13-Civ-4036

Dear Judge Pitman:

    Pursuant to your instructions, the parties are providing the Court with a status update on the resolution of the above-referenced matter. Since the settlement conference, Defendant has been in the process of drafting a settlement agreement for Plaintiffs' review. Defendant anticipates that it will provide Plaintiffs with a draft next week.

Sincerely,

Elise M. Bloom
Elise M. Bloom

cc: Rachel Bien, Esq.

42496169v2

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC
1140/67251-013 current/42496169v3