

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

October 15, 2014

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF**

Hon. Henry B. Pitman, United States Magistrate Judge
United States District Court, Southern New York
United States Courthouse
500 Pearl Street, Room 750
New York, NY 10007-1312

Re: *Lauren Ballinger v. Advance Magazine Publishers Inc.,* No. 13-Civ-4036

Dear Judge Pitman:

    The parties are writing jointly to provide the Court with a status update on the resolution of the above-referenced matter.

    The parties have been continuing to negotiate the terms of the settlement agreement and notices for members of the putative class and collective. The main settlement agreement was finalized last week. However, the parties are continuing to discuss revisions to the notices and proposed order, which will be exhibits to the settlement agreement. The parties anticipate that the settlement documents will be finalized by the end of next week, and Plaintiffs anticipate moving for preliminary approval within 14 days of the parties executing the settlement agreement.

Sincerely,

*Elise M. Bloom*

Elise M. Bloom

cc: Rachel Bien, Esq.