```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK

In re:                                  :
                                              Docket #13cv04036
  BALLINGER, et al.,                    :

                Plaintiffs,             :

   - against -                          :

  ADVANCE MAGAZINE PUBLISHERS,          :
                                              New York, New York
                Defendant.              :     July 6, 2015

------------------------------------:

                       PROCEEDINGS BEFORE
                  THE HONORABLE HENRY PITMAN,
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiffs:     OUTTEN & GOLDEN LLP
                        BY:  RACHEL MEGAN BIEN, ESQ.
                             MICHAEL NOAH LITROWNIK, ESQ.
                        3 Park Avenue, 29th Floor
                        New York, New York 10016
                        (212) 245-1000

For Defendant:          PROSKAUER ROSE LLP
                        BY:  NOA MICHELLE BADDISH, ESQ.
                             ELISE MICHELLE BLOOM, ESQ.
                        11 Times Square
                        New York, New York 10036
                        (212) 969-3630




Transcription Service: Carole Ludwig, *Transcription Services*
                        141 East Third Street #3E
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Fax:    (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** | **Court** |
|---|---|---|---|---|---|
| None | | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| none | | | | |

1

```
 1                                                           3
 2            THE CLERK:   ...Advance Magazine Publishers.
 3   Counsel, please state your name for the record.
 4            MS. RACHEL MEGEN BIEN:   Good afternoon, Your
 5   Honor, Rachel Bien --
 6            MR. MICHAEL NOAH LITROWNIK:   -- and Michael
 7   Litrownik.
 8            MS. BIEN:   -- from Outten & Golden LLP for the
 9   plaintiff.
10            HONORABLE HENRY PITMAN (THE COURT):   Good
11   afternoon.
12            MS. ELISE MICHELLE BLOOM:   Good afternoon, Your
13   Honor, Elise Bloom.
14            MS. NOA MICHELLE BADDISH:   Good afternoon, Your
15   Honor, Noa Baddish.
16            MS. BLOOM:   From Proskauer Rose for the defendant
17   and this is our client Elizabeth (indiscernible).
18            THE COURT:   Good afternoon.  All right.  This
19   matter is on today for a fairness hearing in the matter of
20   Ballinger against Advance Magazine Publishers.  Is there
21   anyone in the gallery who wants to be heard in connection
22   with the settlement?  All right.
23            I mean, it's -- well, let me as counsel.  Do
24   counsel have any feelings as to whether or not the Second
25   Circuit's decision last week in Glatt affects the settlement
```

```
 1                                                          4
 2  here in any way.
 3            MS. BADDISH:   Well I mean I think, certainly to
 4  the extent that we identified a risk that, you know,
 5  counseled in favor of resolution in this case, I think for
 6  the plaintiffs that risk has, you know, there is clear word
 7  from the Second Circuit now on the test that we'll apply as
 8  well as risk relating to class certification.
 9            So I think in our view, the decision, you know,
10  supports approval of this settlement and even goes father
11  towards indicating why this settlement is in the best
12  interest of the class here.
13            THE COURT:   Okay.   Ms. Bloom?
14            MS. BLOOM:   I have nothing to add to that, Your
15  Honor.
16            THE COURT:   Okay.   I mean, because the class
17  certification here is, is on consent.   I don't think the
18  Circuit's comments on closed certification impact the
19  settlement here.   I don't think they impact the settlement.
20  All right.
21            I've considered -- there was, I think there were
22  two individuals who I think filed objections.   There was a
23  Ms. Goldwasser (phonetic) and Ms. Batista (phonetic) as I
24  recall.   And I've read their objections and I think
25  plaintiff's counsel is correct, that Ms. Goldwasser's
```

                                                                    5

objections are really objections to the action and not the
fairness of the settlement.  And I don't think she really
addresses the fairness of the settlement at all.

          And I mean, Ms. Batista takes issue with the
amount of the settlement but I don't think her objections
have substantial weight, especially after the decision
Glatt.  So I don't think the objections of either one are
impediments to the approval of the settlement.  All right.
And I have not received any correspondence from anyone
concerning the settlement.

          There being no substantial objections I'm going to
sign the proposed order submitted by plaintiff seeking
certification of the settlement class, final approval of the
class action settlement, approval of the FLSA settlement.

          The provision with respect to attorney's fees, I'm
not going to approve or disapprove -- I'm not disapproving
it but I think it needs some further consideration in light
of Judge Pauley's decision in Sakiko Fujiwara.

          All right.  Is there anything else plaintiff's
counsel wants to add?

          MS. BIEN:  I guess there are two things.  One was
that there are still some ongoing issues relating to the
Claims Administration process.  In particular, the Claims
Administrator only recently sent out deficiency notices to a

                                                              6

group of the people who submitted claim forms indicating
that there were some problems with their claim forms and so
they needed to cure them.  And that's ongoing.

          And in addition, defendants are also reviewing
some of the claim forms that were submitted by people who
were not on the class list or not in the class list
information that they provided to the Claims Administrator.

          And so the parties have been, on an ongoing basis,
communicating about theses issues.  And so what we'd like,
if the Court agrees, and what we built into the order was
that we continue to carry out that process until -- we had
some -- we had learned that the Claims Administrator who was
supposed to send some deficiency forms and having done it in
a timely fashion.  And so we agreed that those forms would
go out.

          The deadlines right now are July 15th for people
to submit supplemental forms and then the defendants have
until July 29th to raise any issues with regard to those.
And to the extent we can resolve them we would bring them
before Your Honor.

          So with that, we ask that the Court not actually
enter the final approval order until that process ends so
that the effective date would be tied to when the Court
actually enters the order.

```
 1                                                              7
 2              THE COURT:  All right.  Can one of you then just
 3   send me a letter on the 29th telling me -- the 29th is when
 4   you should have this wrapped up, correct?
 5              MS. BIEN:  The 29th is the last date; that's
 6   correct.
 7              THE COURT:  Right.  So I guess maybe the 30th or
 8   the 31st just send me a letter telling me whether it's been
 9   resolved or whether we need to do something else.  I won't
10   sign the order today then.
11              MS. BIEN:  Okay.
12              THE COURT:  But if one of you can just sort of
13   send me a reminder on the 30th or the 31st that would be
14   helpful.
15              MS. BIEN:  Sure.  The only other -- I didn't want
16   to address the Court's -- the comments about Judge Pauley's
17   decision in Fujiwara.  And if there was anything that the
18   Court would like us to supplement in our papers on that or
19   submit something specifically on that we would be happy to
20   do so.  There may have been enough information in the papers
21   already.
22              THE COURT:  I'm not sure I need anything further
23   but if I do I'll certainly let you know.
24              MS. BIEN:  Thank you.  I appreciate that.
25              THE COURT:  All right.  Anything else from either
```

```
 1
 2  side?
 3            MS. BADDISH:   No, Your Honor.
 4            MS. BIEN:   None from us.  Thank you.
 5            THE COURT:   All right.  Thank you all and thank
 6  you for all your hard work in bringing the matter to
 7  closure.  And I meant every word I said in my decision in
 8  December about the quality of representation on both sides
 9  here, so.
10            MS. BIEN:   Thank you, Your Honor.
11            (Whereupon the matter is adjourned.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                                                          9
 2                     C E R T I F I C A T E
 3
 4          I, Carole Ludwig, certify that the foregoing
 5   transcript of proceedings in the United States District
 6   Court, Southern District of New York, Ballinger v Advance
 7   Magazine Publishers, Docket #13cv4036, was prepared using PC-
 8   based transcription software and is a true and accurate
 9   record of the proceedings.
10
11
12
13
14   Signature_____
15
16   Date:   July 9, 2015
17
18
19
20
21
22
23
24
25
```